IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

THOMAS EUGENE DUNHAM, #1850265    §

VS.    §    CIVIL ACTION NO. 6:15cv869

MICHAEL BRITT, ET AL.    §

ORDER OF DISMISSAL

The above-styled and numbered civil action was heretofore referred to United States Magistrate Judge John D. Love. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts same as the findings and conclusions of the Court. It is therefore

**ORDERED** that the Report and Recommendation (doc. #32) is **ADOPTED**. It is further

**ORDERED** that the Defendants' motion to dismiss (doc. #27) is **GRANTED**. It is further

**ORDERED** that the complaint is **DISMISSED** with prejudice. All motions not previously ruled on are **DENIED**.

**It is SO ORDERED.**
 **SIGNED this 12th day of April, 2016.**


MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE